# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Keshia M. Jones<br>Tampa Division Manager |

JEREMY ROBINSON,

    Plaintiff,

v.                                                                                      Case No: 8:17-cv-2435-T-30TGW

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and OLDSMAR
ENTERPRISE, INC.,

    Defendants.

---

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 17-005288-CI

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

April 3, 2018                              ELIZABETH M. WARREN, CLERK

                                                        By:    s/B.Napier, Deputy Clerk

Enclosures

Date of Receipt: _____

By: _____